UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
        U.S.A.

        -V-

   ESPINOSA ALMONTE, etal

---------------------------------X

#21 CR 496 (JFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-4-22

The conference is adjourned from January 20 to January 25, 2022 at 11:30 a.m. in Courtroom 20-C. The time between January 20 and January 25, 2022 is excluded.

SO ORDERED.

Dated: New York, New York

1-4-22

_____
JOHN F. KEENAN
United States District Judge