```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  3-31-22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
      U.S.A.

         -V-

FRANKLYN ESPINOSA ALMONTE,
FAUSTO ESPINOSA ALMONTE
and ISAUL ESPINOSA

------------------------------X

#21 CR 496 (JFK)

The conference is adjourned from April 27 to April 28, 2022 at 11:15 a.m. in in person, in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York
3-31-22

_____
JOHN F. KEENAN
United States District Judge