```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/22
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------X
UNITED STATES OF AMERICA             :
                                     :
     -against-                       :
                                     :   No. 21 Cr. 496 (JFK)
                                     :
FRANKLYN ESPINOSA ALMONTE,            :       **ORDER**
                                     :
                    Defendant.       :
----------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

On August 16, 2022, Defendant Franklyn Espinosa Almonte ("Almonte") filed a motion to revoke Magistrate Judge Robert W. Lehrburger's detention order pursuant to 18 U.S.C. § 3145(b). (ECF No. 56.) The Government is directed to file a response to Almonte's motion by no later than September 7, 2022. Almonte's reply, if any, is due on or before September 14, 2022.

**SO ORDERED.**

Dated:  New York, New York
        August 17, 2022

                                    _____
                                    John F. Keenan
                                    United States District Judge