**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------X
UNITED STATES OF AMERICA           :
                                    :
     -against-                      :
                                    :   No. 21 Cr. 496 (JFK)
                                    :
FRANKLYN ESPINOSA ALMONTE,          :   **ORDER**
                                    :
                    Defendant.      :
------------------------------------X

**JOHN F. KEENAN, United States District Judge:**

By letter dated August 18, 2022, Jonathan Marvinny ("Marvinny") of the Federal Defenders of New York ("Federal Defenders") moves to withdraw as counsel for Defendant Franklyn Espinosa Almonte ("Almonte") and requests that new counsel be appointed pursuant to Criminal Justice Act ("CJA"), 18 U.S.C. § 3006A. (ECF No. 58.) In support of the motion, Marvinny represents that "Almonte [has] inform[ed] me that he has no faith in my ability to represent him going forward, and communication between us has completely broken down." (Id.) On August 22, 2022, the Court received a letter from Almonte requesting that new counsel be appointed to represent him. Accordingly, Marvinny's request to withdraw is GRANTED. Marvinny and the Federal Defenders are relieved as counsel for Almonte. It is further ORDERED that David Touger be appointed to represent Almonte in the above-captioned matter, pursuant to the CJA, effective today, August 22, 2022.

1

**SO ORDERED.**

Dated:  New York, New York
        August 22, 2020

_____
John F. Keenan
United States District Judge