UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
        U.S.A.

        -V-

FRANKLYN ESPINOSA ALMONTE
    and
FAUSTO ESPINOSA ALMONTE

----------------------------------------X

#21 CR 496 (JFK)

A status conference is set for August 31, 2022 at 11:45 a.m. in person, in Courtroom 20-C. The purpose of this conference is to discuss the status of this case.

SO ORDERED.

Dated: New York, New York

8-26-22

_____
JOHN F. KEENAN
United States District Judge