UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
UNITED STATES OF AMERICA,

-v-  21-CR-496 (LJL)

FRANKLYN ESPINOSA ALMONTE and FAUSTO   SCHEDULING
ESPINOSA ALMONTE,  ORDER
                       Defendants.
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

     A Status Conference will be held in this matter on September 14, 2022 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. In addition to discussing the status of this case, parties should be prepared to discuss trial dates and the motion for bail.

     SO ORDERED.

Dated: September 9, 2022
       New York, New York
                                            LEWIS J. LIMAN
                                            United States District Judge