UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                                                 :

UNITED STATES OF AMERICA,                        :

           -v-                                                  :          21-CR-496 (LJL)

FRANKLYN ESPINOSA ALMONTE and FAUSTO  :          SCHEDULING
ESPINOSA ALMONTE,                            :            ORDER

                Defendants.                    :

------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Status Conference previously set for November 21, 2022 is rescheduled to November 29, 2022 at 10:00AM in Courtroom 15C at the 500 Pearl Street Courthouse. All parties are to be prepared to discuss the trial schedule.


       SO ORDERED.

Dated: November 18, 2022
       New York, New York                           _____
                                                                    LEWIS J. LIMAN
                                                               United States District Judge