UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
:
UNITED STATES OF AMERICA,                           :
:
-v-                                      :        21-CR-496 (LJL)
:
FRANKLYN ESPINOSA ALMONTE and FAUSTO  :             ORDER
ESPINOSA ALMONTE,                                   :
:
Defendants.         :
:
---------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court is in receipt of a letter from Defendants in this matter. A copy of the letter has been provided to their counsel via email. Defendants' counsel are directed to notify the Court if they have any objection to the letter being filed to the public docket.


      SO ORDERED.

Dated: January 25, 2023
       New York, New York
                                              LEWIS J. LIMAN
                                       United States District Judge