UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
:
-v- : 21-CR-496 (LJL)
:
FRANKLYN ESPINOSA ALMONTE and FAUSTO : ORDER
ESPINOSA ALMONTE, :
:
Defendants. :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court is in receipt of another letter from Defendants in this matter. A copy of the letter has been provided to their counsel via email. The letter will be filed under seal with the previously received letter.

    SO ORDERED.

Dated: March 23, 2023
       New York, New York

                                              LEWIS J. LIMAN
                                        United States District Judge