UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                        :

UNITED STATES OF AMERICA,                  :

                -v-                                        :          21-CR-496 (LJL)

FRANKLYN ESPINOSA ALMONTE and FAUSTO  :          ORDER
ESPINOSA ALMONTE,                               :

                      Defendants.                     :

-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

      The Court has received a letter from defendant Fausto Espinosa Almonte, complaining that his attorney has not visited him for four months and seeking an order substituting a new counsel. The Court has provided a copy of that letter to defense counsel and has filed it under seal. The Court will hold a status conference to address the matter on April 6, 2023 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

      The Second Circuit has held that "where a defendant voices a seemingly substantial complaint about counsel, the court should inquire into the reasons for dissatisfaction." McKee v. Harris, 649 F.2d 927, 933 (2d Cir.1981). At the same time, however, the defendant does not have a right to repeatedly replace counsel, substituting one for another seriatim until he has found the ideal lawyer of his choice. The Court has set a firm trial date in this case. If Mr. Fausto Espinosa Almonte continues to be dissatisfied with his counsel, the Court will analyze the request under the four-factor test set forth by the Second Circuit: (1) whether defendant made a timely motion requesting new counsel; (2) whether the trial court adequately inquired into the matter; (3) whether the conflict between the defendant and his attorney was so great that it resulted in a total lack of communication preventing an adequate defense; and (4) whether the defendant substantially and unjustifiably contributed to a breakdown in communication. See United States v. John Doe No. 1, 272 F.3d 116 (2d Cir. 2001).

      SO ORDERED.

Dated: March 24, 2023
       New York, New York

                                                        LEWIS J. LIMAN
                                                        United States District Judge