UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
USA,                                                               :
:
                    -v-                                            :        21-CR-496-1 (LJL)
:
FRANKLYN ESPINOSA ALMONTE,                                         :        <u>ORDER</u>
:
                                 Defendant.                        :
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    The Court intends to arraign Franklyn Espinosa Almonte on the violation of supervised release related to 21 CR 533 at the same time as the sentencing hearing in this matter on November 9, 2023. Furthermore, assuming there is no objection from parties, the Court would be prepared to take a plead from Mr. Espinosa Almonte to the violation specifications of the violation of supervised release and to sentence Mr. Espinosa Almonte at the same time as sentencing in this matter.

    SO ORDERED.

Dated: November 3, 2023                         _____
       New York, New York                              LEWIS J. LIMAN
                                                  United States District Judge