UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

USA,

    -v-

FRANKLYN ESPINOSA ALMONTE,

              Defendant.

------------------------------------------------------------------X

21-CR-496-1 (LJL)
21-CR-533 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

     The Court imposed sentence in these related cases on November 9, 2023. The Court orally imposed the mandatory special assessment of $100 on 21-CR-496 but neglected to impose the $100 special assessment on the violation of supervised release, 21-CR-533. The $100 special assessment is mandatory. The parties shall inform the Court by November 22, 2023, whether they object to the Court amending the sentence, pursuant to Fed. R. Cr. P. 35(a), to include the mandatory $100 special assessment on 21-CR-533.

    SO ORDERED.

Dated: November 20, 2023
       New York, New York

                                        LEWIS J. LIMAN
                                       United States District Judge